UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:21-cv-21770-MGC

VENUS CONCEPT USA INC., a
Delaware corporation,

    Plaintiff,
v.

ENRIQUE TREVINO
individually,

    Defendant.
_____/

## MOTION FOR DEFAULT FINAL JUDGMENT

Plaintiff, Venus Concept USA Inc. ("Plaintiff"), by and through the undersigned counsel and pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, hereby requests entry of a Final Default Judgment against Defendant, Enrique Trevino, and as grounds thereof states:

1. This action was commenced on May 10, 2021 pursuant to Plaintiff's filed Complaint, arising out of Defendant's default in regard to the Subscription Agreement entered into between Plaintiff and Defendant.

2. Service of process was perfected on Defendant on May 11, 2021. A copy of the Return of Service is attached hereto as **Exhibit A**.

3. Pursuant to Fed. R. Civ. P. 12, the Defendant must file an answer or a motion to dismiss within twenty-one (21) days of being served with a complaint. A failure to do so may result in the Clerk's entry of a default under Fed. R. Civ. P. 55(a), which states: "When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."

4. According to Federal Rule of Civil Procedure 12(a)(1) a responsive pleading was due to be served by Defendant within 21 days of service of the summons and complaint, or on June 1, 2021.

5. To date, the Defendant has failed to file or serve any response as required by law to Plaintiff's Complaint. A Default was entered as to this Defendant. A copy of the Default is attached hereto as **Exhibit B.**

7. Pursuant to the Default, a judgment should be entered against Defendant in the principal amount of One Hundred Twenty-Five Thousand Five Hundred Fifty-Five and 36/100 ($125,555.36) Dollars. *See* Affidavit as to Principal Amount attached hereto as **Exhibit C**.

8. The Plaintiff is also owed interest on all amounts past due at a rate of eighteen (18%) percent per annum, compounded monthly from February 8, 2020 until payment in full. *See generally,* Plaintiff's Complaint.

7. In addition, the Defendant owes $4,740.37 in attorneys' fees and costs that is further demonstrated by the Affidavit of Reasonable Attorneys' Fees attached hereto as **Exhibit D** and the Affidavit of Fees and Costs attached hereto as **Exhibit E.**

9. Thus, Plaintiff requests an entry of Default Final Judgment against Defendants and seeks to recover a total amount of One Hundred Twenty-Five Thousand Five Hundred Fifty-Five and 36/100 ($125,555.36) Dollars, together with pre-judgment and post-judgment interest, attorneys' fees, and costs, as well as any additional relief this Honorable Court deems necessary, reasonable, equitable, just, and/or proper.

WHEREFORE, Plaintiff requests this Honorable Court to enter a Default Final Judgment in this matter for which let execution issue forthwith against the Defendant.

Respectfully submitted this 19 day of July, 2021.

            LEWIS BRISBOIS BISGAARD & SMITH LLP
*Attorney for Venus Concept USA Inc.*
110 SE 6th Street, Suite 2600
Fort Lauderdale, Florida 33301
Telephone: 954.728.1280
Facsimile: 954.728.1282

/s/ *David M. Hawthorne*
_____
DAVID M. HAWTHORNE
FBN 935174
david.hawthorne@lewisbrisbois.com
ftlemaildesig@lewisbrisbois.com
Melissa.Vanhuss@lewisbrisbois.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19 day of July, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties registered for service

I also certify the document and a copy of the Notice of Electronic Filing was served via U.S. Mail on the following non-CM/ECF participants:

Enrique Trevino
616 Dr. Fermin Calderon St.
Del Rio, TX 78840

/s/ David M. Hawthorne
David M. Hawthorne
Attorneys for Plaintiff